☐ **AMENDED**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TENNESSEE**

In re:   **Audrey Lockett Gardner**                                  Case No.

Debtors:                                                              Chapter 13

## CHAPTER 13 PLAN

**ADDRESS:**  (1)  **3171 Melbourne**                     (2)  _____
                  **Memphis, TN 38127**

**PLAN PAYMENT:**
  **Debtor(1)** shall pay $ **165.00 MONTHLY** _____  ☐ weekly, ☐ every two weeks, ☐ semi-monthly, or ☑ monthly, by:
  ☐ PAYROLL DEDUCTION From: _____  OR (X) DIRECT PAY

  **Debtor(2)** shall pay $ _____ ☐ weekly, ☐ every two weeks, ☐ semi-monthly, or ☐ monthly, by:
  ☐ PAYROLL DEDUCTION From: _____  OR ( ) DIRECT PAY

**1. THIS PLAN [Rule 3015.1 Notice]:**

  (A) CONTAINS A NON-STANDARD PROVISION. [See plan provision #19]          ☐ YES   ☑ NO
  (B) LIMITS THE AMOUNT OF A SECURED CLAIM BASED ON A VALUATION            ☑ YES   ☐ NO
      OF THE COLLATERAL FOR THE CLAIM. [See plan provisions #7 and #8]
  (C) AVOIDS A SECURITY INTEREST OR LIEN. [See plan provision #12].        ☐ YES   ☑ NO

**2. ADMINISTRATIVE EXPENSES:** Pay filing fee and Debtor(s)' attorney fee pursuant to Confirmation Order.

**3. AUTO INSURANCE:** ☐ Included in Plan; OR ☑ Not included in Plan; Debtor(s) to provide proof of insurance at §341 meeting.

**4. DOMESTIC SUPPORT:**                                                          Monthly Plan Payment:

                   Paid by: ☐ Debtor(s) directly ☐ Wage Assignment, OR ☐ Trustee to:
**None**           ongoing payment begins  _____         $ _____
                   Approximate arrearage:  _____

**5. PRIORITY CLAIMS:**

**-NONE-** _____   Amount  _____   $ _____

**6. HOME MORTGAGE CLAIMS:** ☐ Paid directly by Debtor(s); OR ☐ Paid by Trustee to:

**None**           ongoing payment begins  _____         $ _____
                   Approximate arrearage:  _____  Interest  _____  $ _____

**7. SECURED CLAIMS:**

[Retain lien 11 U.S.C. §1325 (a)(5)]       Value of Collateral:      Rate of Interest    Monthly Plan Payment:
**First Investors Servicing Corp**         **5,200.00**               **5.00**            $**100.00**

**8. SECURED AUTOMOBILE CLAIMS FOR DEBT INCURRED WITHIN 910 DAYS OF FILING, AND OTHER SECURED CLAIMS FOR DEBT INCURRED WITHIN ONE YEAR OF FILING:**

[Retain lien 11 U.S.C. §1325 (a)]          Value of Collateral:      Rate of Interest    Monthly Plan Payment:
**-NONE-**                                                                                $

**9. SECURED CLAIMS FOR WHICH COLLATERAL WILL BE SURRENDERED; STAY IS TERMINATED UPON CONFIRMATION FOR FOR THE LIMITED PURPOSE OF GAINING POSSESSION AND COMMERCIALLY REASONABLE DISPOSAL OF COLLATERAL:**

-NONE-                                                         Collateral: _____

**10. SPECIAL CLASS UNSECURED CLAIMS:**

|  | Amount: | Rate of Interest | Monthly Plan Payment: |
|---|---|---|---|
| -NONE- |  |  | $ |

**11. STUDENT LOAN CLAIMS AND OTHER LONG TERM CLAIMS:**

| | | | | |
|---|---|---|---|---|
| ECMC - Student Loans | ☑ | Not provided for | OR ☐ | General unsecured creditor |
| Fed Loan Servicing | ☑ | Not provided for | OR ☐ | General unsecured creditor |
| U.S. Dept. of Education | ☑ | Not provided for | OR ☐ | General unsecured creditor |

**12. THE JUDICIAL LIENS OR NON-POSSESSORY, NON-PURCHASE MONEY SECURITY INTEREST(S) HELD BY THE FOLLOWING CREDITORS ARE AVOIDED TO THE EXTENT ALLOWABLE PURSUANT TO 11 U.S.C.§522(f):**

-NONE-

**13. ABSENT A SPECIFIC COURT ORDER OTHERWISE, ALL TIMELY FILED CLAIMS, OTHER THAN THOSE SPECIFICALLY PROVIDED FOR ABOVE, SHALL BE PAID AS GENERAL UNSECURED CLAIMS.**

**14. ESTIMATED TOTAL GENERAL UNSECURED CLAIMS: $5,800.00**

**15. THE PERCENTAGE TO BE PAID WITH RESPECT TO NON-PRIORITY, GENERAL UNSECURED CLAIMS IS:**

☐    TBD    %, OR,
☑    THE TRUSTEE SHALL DETERMINE THE PERCENTAGE TO BE PAID AFTER THE PASSING OF THE FINAL BAR DATE.

**16. THIS PLAN ASSUMES OR REJECTS EXECUTORY CONTRACTS:**

None                                                                  ☐ Assumes   OR  ☐ Rejects.

**17. COMPLETION:** Plan shall be completed upon payment of the above, approximately **60** months.

**18. FAILURE TO TIMELY FILE A WRITTEN OBJECTION TO CONFIRMATION SHALL BE DEEMED ACCEPTANCE OF PLAN.**

**19. NON-STANDARD PROVISION(S):**

ANY NON-STANDARD PROVISION STATED ELSEWHERE IS VOID.

**20. CERTIFICATION: THIS PLAN CONTAINS NO NON-STANDARD PROVISIONS EXCEPT THOSE STATED IN PROVISION 19.**

/s/ Ian D. Garrott                                              Date  October 17, 2018                         .
Ian D. Garrott 15453
Debtor(s)' Attorney Signature or Pro Se Debtor(s)' Signature(s)